```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 07803
    LORRAINE P PULLEY
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

            Debtor
     SSN XXX-XX-4748

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/01/2008 and was confirmed 07/08/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/29/2009.
--------------------------------------------------------------------------------
  CREDITOR NAME                  CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                   PAID           PAID
--------------------------------------------------------------------------------
AMSHER COLLECTION SERVIC   UNSECURED       NOT FILED               .00              .00
AT&T                       UNSECURED       NOT FILED               .00              .00
GE MONEY BANK              UNSECURED          491.28               .00              .00
CHASE BANK USA NA          UNSECURED         7920.44               .00              .00
GEMB/JCPENNY               UNSECURED       NOT FILED               .00              .00
MACYS DSNB                 UNSECURED       NOT FILED               .00              .00
NATIONAL CITY BANK ~       UNSECURED         9727.11               .00              .00
PATHOLOGY ASSOC OF CHICA   UNSECURED       NOT FILED               .00              .00
ST JAMES HOSPITAL & HEAL   UNSECURED       NOT FILED               .00              .00
PHARIA LLC                 UNSECURED         4727.52               .00              .00
ROUNDUP FUNDING LLC        UNSECURED             .00               .00              .00
CITIMORTGAGE               CURRENT MORTG        .00                .00              .00
CITIGROUP INC              CURRENT MORTG        .00                .00              .00
GMAC                       SECURED VEHIC        .00                .00              .00
GMAC                       UNSECURED            .00                .00              .00
LVNV FUNDING               UNSECURED         6137.95               .00              .00
WORLD FINANCIAL NETWORK    UNSECURED          335.93               .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,464.00                              1,934.80
TOM VAUGHN                 TRUSTEE                                                 165.20
DEBTOR REFUND              REFUND                                                    .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              2,100.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                              1,934.80
TRUSTEE COMPENSATION                          165.20

                    PAGE   1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 07803 LORRAINE P PULLEY
```

```
DEBTOR REFUND                                                           .00
                                         ---------------    ---------------
TOTALS                                          2,100.00           2,100.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/05/09                          /s/ Tom Vaughn
                                         _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE